**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

EDDIE BRILEY                                                                                   PLAINTIFF

v.                                       5:09-cv-00174-BSM-JTK

C. FORD, et al.                                                                              DEFENDANTS

**ORDER**

This matter is before the Court on the Defendants' Motion for Summary Judgment (Doc. No. 33). As of this date, Plaintiff has not responded to the Motion. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Summary Judgment Motion within ten (10) days of the date of this Order. Failure to file a Response may result in the dismissal of Plaintiff's Complaint, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 23rd day of September, 2010.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE