UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**EDDIE BRILEY,**
**ADC #116921**                                                                                                                             **PLAINTIFF**

**v.**                 **CASE NO. 5:09cv00174 BSM/JTK**

**C. FORD, et al.**                                                                                                                                  **DEFENDANTS**

## ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After carefully considering the proposed findings and recommendations, it is concluded that they should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment [Doc. No. 33] is GRANTED IN PART, with respect to plaintiff's allegations against them in their official capacities, and DENIED IN PART with respect to the remaining allegations.

IT IS SO ORDERED this 8th day of December, 2010.

                                                                                 _/s/ Brian S. Miller_
                                                             UNITED STATES DISTRICT JUDGE