**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDDIE BRILEY,
ADC #116921                                                                                             PLAINTIFF

v.                                          5:09-cv-00174-BSM-JTK

C. FORD, et al.                                                                                        DEFENDANTS

**ORDER**

The motion of attorney Stephen L. Curry to withdraw as appointed counsel for Plaintiff (Doc. No. 67) is GRANTED. If counsel has received a copy of the file in this case, counsel is directed to return same to: United States District Court Clerk, 600 West Capitol Ave., Room A149, Little Rock, AR 72201-3325.

Pursuant to Local Rule 83.7, Charles W. Reynolds, 425 West Capitol Ave., Suite 3700, Little Rock AR 72201-3645, 501-375-9151, is hereby appointed to represent Plaintiff Eddie Briley in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

---

[1] Counsel may obtain a copy of the case file on disk by contacting the Courtroom Deputy.

IT IS SO ORDERED this 1st day of April, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE