**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EDDIE BRILEY,
ADC #116921                                                                                           PLAINTIFF

v.                                         5:09-cv-00174-BSM-JTK

C. FORD, et al.                                                                                       DEFENDANTS

## ORDER

The motion of attorney Joseph F. Kolb to withdraw as appointed counsel for Plaintiff (Doc. No. 72) is GRANTED. If counsel has received a copy of the file in this case, counsel is directed to return same to: United States District Court Clerk, 600 West Capitol Ave., Room A149, Little Rock, AR 72201-3325.

Pursuant to Local Rule 83.7, John W. Fink, James, Fink & House, P.O. Box 3585, Little Rock, AR 72203-3585, 501-372-6555, is hereby appointed to represent Plaintiff Eddie Briley in all further proceedings in this action.

THE CLERK IS HEREBY DIRECTED to send counsel and Plaintiff a copy of this Order. Counsel is also directed to access and review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1]  Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

---

[1] Counsel may obtain a copy of the case file on disk by contacting the Courtroom Deputy.

IT IS SO ORDERED this 9th day of June, 2011.

                                                      _____
                                                      JEROME T. KEARNEY
                                                      UNITED STATES MAGISTRATE JUDGE